Case 3:19-cv-02848-L   Document 14   Filed 02/12/20   Page 1 of 4   PageID 413

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Allstate Vehicle and Property Insurance Company </br></br> *Plaintiff* </br></br> v. </br></br> The Steelstone Group, LLC, and Ningbo Careline Electric Appliance Co., Ltd. </br></br> *Defendant* | ) ) ) ) ) ) ) ) )  Civil Action No.   3:19-CV-2848-L |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Ningbo Careline Electric Appliance Co., Ltd.
c/o Office of the Secretary of State
Statutory Documents Section - Citations Unit
1019 Brazos St.
Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Allstate Vehicle and Property Insurance Company
c/o Law Offices of Paul Vigushin, P.C.
2201 N. Central Expy., Ste. 115
Richardson, TX, USA 75080
(972) 705-9911, x. 204
paul@pv-law.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   02/12/2020                        s/ N. Taylor
                                         *Signature of Clerk or Deputy Clerk*

TRAVIS COUNTY, TEXAS
[stamp illegible]
FEB 18 AM 10:10
RECEIVED

Pd# 80.00  ck# 7074

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-CV-2848-L

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.   Carlos B. Lopez
Constable Pct. 5, Travis County, Texas

Date: _____                                     _____
                                                                *Server's signature*


                                                         _____
                                                                *Printed name and title*



                                                         _____
                                                                *Server's address*

Additional information regarding attempted service, etc:

| | | |
|---|---|---|
| Cause No.: 319CV2848L | {} | In the U.S.Dist Court |
| | {} | NORTHERN DISTRICT OF TX |
| Plaintiff: | {} | DALLAS DIVISION |

ALLSTATE VEHICLE AND PRPERTY INSURANCE COMPANY

Defendant:

THE STEELSTONE GROUP LLC ET AL

Officer's Return

Came to hand February 18, 2020 at 10:10 A.M. and executed in Travis County, Texas, on February 18, 2020 at 3:25 P.M. by delivering to NINGBO CARELINE ELECTRIC APPLIANCE CO LTD by delivering to Carlos Cascos, Secretary of State, of the State of Texas, at 1019 Brazos Street, Austin, Texas, 78701, by delivering to WEB JEROME designated agent for service for the Secretary of State, duplicate true copies of the SUMMONS IN A CIVIL ACTION together with accompanying duplicate true copies of the Plaintiff's SECOND AMENDED COMPLAINT.

Carlos B. Lopez,
Travis County Constable Precinct 5
Travis County, Texas

by: _____
Michael Untermeyer, Deputy