

# The State of Texas
## Secretary of State

2020-314742-1

I, the undersigned, as Secretary of State of the State of Texas, DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons in a Civil Action, Plaintiff's Second Amended Complaint in the cause styled:

> AllState Vehicle and Property Insurance Company vs the Steelstone Group, LLC, et al
> United States District Court for the Northern District of Texas, Dallas Division
> Cause No: 319CV2848L

was received by this office on February 18, 2020, and that a copy was forwarded on February 27, 2020, by REGISTERED MAIL, return receipt requested to:

> Ningbo Careline Electric Appliance Co., Ltd.
> No. 558 Wei'er Road
> AnDong Industrial Zone
> HangZhou Bay New Zone
> Ningbo, Zhejiang 315327
> China

As of this date, no response has been received in this office.

Date issued: April 29, 2020

Ruth R. Hughs
Secretary of State
GF/mr